**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Antonio RUIZ–CAMPOS, Defendant–
Appellant.**

No. 07–30318.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 22, 2010.

Helen J. Brunner, Esquire, Office of the U.S. Attorney, Seattle, WA, Douglas

James Hill, Esquire, DEA/TNET Task Force, Tacoma, WA, for Plaintiff–Appellee.

Zenon P. Olbertz, Esquire, Law Offices of Zenon P. Olbertz, Tacoma, WA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Antonio Ruiz–Campos appeals from his guilty-plea conviction and 84–month sentence for conspiracy to distribute cocaine base and distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ruiz–Campos' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.